The City of Pensacola, Plaintiff in Error, v. The First National Bank of Pensacola, Defendant in Error.

### Division A.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

John B. Jones for plaintiff in error.

John C. Avery for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*